# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4000

_____

James E. Sherrod,                          *
                                           *
            Appellant,                     *
                                           *
      v.                                   *   Appeal from the United States
                                           *   District Court for the
Harold Clarke; Frank Hopkins, Warden,      *   District of Nebraska
                                           *
            Defendants,                    *        [UNPUBLISHED]
                                           *
Mark H. Danner, Unit Manager;              *
Russell Schuster, U.S. II; David Pierce,   *
U.S. II,                                   *
                                           *
            Appellees,                     *
                                           *
Unknown Eads, Corporal,                    *
                                           *
            Defendant,                     *
                                           *
Randall Bradley,                           *
                                           *
            Appellee.                      *

_____

Submitted:   May 4, 2000

Filed:   May 19, 2000

_____

Before McMILLIAN, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Nebraska inmate James E. Sherrod appeals from the final judgment entered in the District Court[1] for the District of Nebraska upon the grant of judgment as a matter of law in favor of one defendant, and upon a jury verdict in favor of the remaining defendants, in this 42 U.S.C. § 1983 action involving claims that prison officials used excessive force in moving Sherrod to a different cell. For reversal, Sherrod has not identified specifically any district court error. Instead, he reiterates the allegations of his complaint, states that the jurors were all white and his attorney failed to call a witness, and complains that his criminal conviction was "used" against him at trial. Sherrod, however, has not sufficiently identified any grounds for reversal, and he has not provided this court with a trial transcript or offered any reason to have one prepared at government expense. See Fed. R. App. P. 10(b)(2) (discussing appellant's duty to submit transcript), 28(a) (describing contents of appellant's brief); cf. Glick v. Henderson, 855 F.2d 536, 541 (8th Cir. 1988) (no right to effective assistance of counsel in civil case); Schmid v. United Bhd. of Carpenters & Joiners, 827 F.2d 384, 386 (8th Cir. 1987) (per curiam) (evidentiary rulings and claims of error related to verdict being against weight of evidence and judicial bias are unreviewable without transcript), cert. denied, 484 U.S. 1071 (1988). We therefore affirm the judgment of the district court. See 8th Cir. R. 47B.

We also deny Sherrod's motion for appointment of counsel.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.